# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date 6/10/2013    Judge __Shirley Mensah - 13S__    Case No. 4:13CR222 JAR/SPM

UNITED STATES OF AMERICA v. Thomas Zell

Deputy Clerk Initials: RAK    Court Recorder: FTR Gold

Assistant United States Attorney: Erin Granger

Attorney for Defendant: Paul D'Agrosa

Interpreter _____    ___ SEALED PROCEEDING

**Proceedings:**
- ___ Initial Appearance
- ___ Initial Appearance Supervised Release
- ___ Rule 5(c)(3) Removal (Identity)
- ___ Detention Hearing
- ___ Preliminary Examination
- ___ Bond Execution/Appearance Bond
- ___ Bond Revocation
- **X** Arraignment
- ___ In Court Hearing **(WAIVER OF MOTIONS)**
- ___ Motion Hearing
- ___ Evidentiary Hearing
- ___ Oral Argument/Non Evidentiary Hearing
- ___ Preliminary Revocation
- ___ Supervised Release
- ___ Probation
- ___ Change of Plea/Sentencing
- ___ Competency Hearing
- ___ Pretrial/Status Conference

Additional Information: _____

---

**Initial Appearance:**
Bond set in the amount of: $ _____    Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: MLM

Detention Hearing only scheduled: _____ @ _____ Before MLM

Arraignment Scheduled: _____ @ _____ Before _____

**Preliminary Revocation Hearing:**

Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**
- **X** Defendant arraigned
- **X** Waives reading of indictment/~~information~~
- **X** Not guilty plea entered. Order on pretrial motions issued.

Evidentiary Hearing Scheduled: To be set by SPM

**Evidentiary Hearing:**
___ Defendant waives evidentiary hearing. ** Case referral termed.

___ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

___ Hearing held. Testimony Heard. Motions taken under submission.

Trial Scheduled: To be set by Judge Ross

**X** Remanded to custody    ___ Released on bond

Proceeding commenced 12:59 p.m.    Proceeding concluded 1:06 p.m.

# ARRAIGNMENT RECORD BEFORE U. S. MAGISTRATE JUDGE

USA v. THOMAS Gerard ZELL                                   Case No. 4:13CR222JAR(SPM)

Government's Counsel Erin Granger ✓

Defendant's Counsel Paul D'Agrosa ✓

Interpreter _____

___✓___ DEFENDANT PLACED UNDER OATH

        Defendant's correctly spelled name ✓

        Defendant's age 51   DOB 7-7-62

___✓___ Defendant waives reading of Indictment  (Bachelors)

___✓___ Defendant ARRAIGNED

___✓___ Defendant Pleads NOT GUILTY to  All  Counts(s) of the Indictment

___✓___ TRIAL TO BE SET by Judge John A. Ross

_____ TRIAL SET on _____ at _____ A.M. before Judge _____

___✓___ Counsel moves for time to file Pretrial Motions

___✓___ Motion Granted and Order Concerning Pretrial Motions given to parties.  Pretrial Motions/Waiver due July 8, 2013.

_____ Evidentiary Hearing to be set before Judge Shirley Padmore Mensah

_____ Report & Recommendation due ASAP

___✓___ Defendant remanded to custody of U. S. Marshal

_____ Defendant released on existing bond

Date of Arraignment: 06/10/2013

                                                                       Shirley Padmore Mensah
                                                                       United States Magistrate Judge