IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:13CR222 JAR/SPM |
| THOMAS ZELL, | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

Comes now Paul J. D'Agrosa and enters his appearance on behalf of the Defendant Thomas Zell in the above cause.

Respectfully submitted,

LAW OFFICES OF
WOLFF & D'AGROSA

/s/Paul J. D'Agrosa
Paul J. D'Agrosa (#36966MO)
7710 Carondelet, Suite 200
Clayton, Mo. 63105
(314) 725-8019
(314) 725-8443 Fax
Paul@wolffdagrosa.com

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2013 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Miss Erin Granger, Assistant U.S. Attorney.

/s/ Paul J. D'Agrosa
Paul J. D'Agrosa (#36966MO)