IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CR222 JAR |
| ) | |
| THOMAS ZELL, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S OBJECTIONS REGARDING
PRESENTENCE INVESTIGATION REPORT

Comes now Defendant Thomas Zell, by and through counsel Paul J. D'Agrosa and hereby files the following objections to the presentence investigation report.

**VICTIM IMPACT**

20-22. The defendant intends to object to any request for restitution, made by the government on behalf of the identifiable victims.

WHEREFORE, the defendant requests this Court sustain his objection.

Respectfully submitted,

LAW OFFICES OF
WOLFF & D'AGROSA

/s/Paul J. D'Agrosa
Paul J. D'Agrosa (#36966MO)
7710 Carondelet, Suite 200
Clayton, Mo. 63105
(314) 725-8019
(314) 725-8443 Fax
Paul@wolffdagrosa.com

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2014 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Miss Erin Granger, Assistant U.S. Attorney.

/s/ Paul J. D'Agrosa