# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDING

**CAUSE NO.** 4:13CR222JAR    **DATE:** 1/9/14
**JUDGE:** Ross
**COURT REPORTER:** Lisa Paczkowski
**DEPUTY CLERK:** C. Wooley

USA

vs.

Thomas Zell

**ATTORNEY(S) FOR PLAINTIFF(S):** Erin Granger

**ATTORNEY(S) FOR DEFENDANT(S):** Paul D'Agrosa

- (✓) DEFENDANT/PARTIES PRESENT FOR IMPOSITION OF SENTENCE
- (✓) PRESENTENCE REPORT ADOPTED/ACCEPTED BY COURT
- (✓) SENTENCE IMPOSED - SEE JUDGMENT
- (✓) PSR FILED UNDER SEAL
- (✓) REMANDED TO CUSTODY OF USMS
- ( ) GRANTED VOLUNTARY SURRENDER TO INSTITUTION AS NOTIFIED BY USMS
- ( ) THE COURT MAKES THE FOLLOWING RECOMMENDATIONS:

Defendant sentenced on Counts 1 & 2. See Judgment. Probation officer present in Courtroom.

- ( ) OBJECTIONS TO PRESENTENCE REPORT HEARD AND:
    - ( ) DENIED AS FOLLOWS:    ( ) GRANTED AS FOLLOWS:

**WITNESSES:**

- ( ) EXHIBITS RETURNED TO AND RETAINED BY COUNSEL
**DEFENDANT'S ATTORNEY PRESENT:** _____
**COURTROOM TIME:** 11:06 AM to 11:41 AM